IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LARRY RUEGGE, | ) | |
| | ) | |
| Petitioner, | ) | 4:15CV3046 |
| | ) | |
| V. | ) | |
| | ) | |
| BRIAN GAGE, | ) | ORDER |
| | ) | |
| Respondent. | ) | |

IT IS ORDERED that the Petitioner's motion for leave to appeal in forma pauperis (filing no. 21) is granted. The Petitioner's motion for certificate of appealability (filing no. 23) is denied.

DATED this 4th day of April, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge